UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

MICHAEL SALMAN BAZZI
a/k/a MOHAMAD BAZZI            Chapter 7
           Case No. 09-77600-TJT
Debtor.            Hon: Thomas J. Tucker
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $4.54, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | Department Stores National Bank/Macy's<br>NCO Financial Systems, Inc.<br>PO Box 137<br>Columbus, GA 31902-0137 | $2.18 |
| 16 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $1.89 |
| 17 | Comcast<br>PO Box 8009 C<br>Plymouth, MI 48170 | $0.47 |
| | **TOTAL:** | **$4.54** |

Dated: 5/26/11            /s/ Stuart A. Gold
           Stuart A. Gold, Trustee
           24901 Northwestern Hwy., Ste 444
           Southfield, MI 48075-2223
           (248) 350-8220
           stuart.gold@7trustee.net